IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| RONALD RICE | § | |
| | § | |
| V. | § | NO. 1:04-CV-337 |
| | § | |
| STATE FARM MUTUAL | § | |
| AUTOMOBILE INSURANCE CO. | § | |

## ORDER

The parties have announced an agreed settlement. It is therefore

**ORDERED** that the parties submit settlement documents within 30 days after this order is entered. **The documents shall be submitted to the undersigned – not the Clerk – at the following address:**

> Hon. Earl S. Hines
> United States Magistrate Judge
> Post Office Box 3408
> Beaumont, Texas 77704

It is further

**ORDERED** that all pending motions in the case, including defendant's Motion for Partial Summary Judgment on Extra-Contractual Claims (Docket No. 29) and defendant's Motion for Physical Examination (Docket No. 33) are **DENIED** as moot, without prejudice to reassertion.

SIGNED this 27th day of May, 2005.

_____
Earl S. Hines
United States Magistrate Judge