# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF TEXAS

### BEAUMONT DIVISION

| | | |
|---|---|---|
| RONALD RICE | § | |
| | § | |
| V. | § | NO. 1:04-CV-337 |
| | § | |
| STATE FARM MUTUAL | § | |
| AUTOMOBILE INSURANCE CO. | § | |

## ORDER

Before the court is defendant's "State Farm's Announcement of Pending Settlement."  The case's docket sheet lists the document as a pending motion.  For administrative and statistical purposes, it is therefore

**ORDERED** that defendant's "motion" (Docket No. 38) is **GRANTED**.  The court refers parties to its recent order directing parties to submit their settlement documents within thirty days.

SIGNED this 31st day of May, 2005.

_Earl S. Hines_

EARL S. HINES
UNITED STATES MAGISTRATE JUDGE